UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WATCHERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CARROWS CALIFORNIA FAMILY RESTAURANTS, INC., dba CARROWS #951, et. al.,<br><br>    Defendants.<br>_____/ | NO.  2:09-CV-2791 FCD KJM<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled**.**.

In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before January 29, 2010 .  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: December 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE